UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GERD A. LIESKE and LINDSAY LIESKE,

                Plaintiffs,

-against-

John N. Richard, et al.,

                Defendants.

24-CV-9811 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

In their Civil Case Management Plan and Scheduling Order at ECF No. 13, the parties indicated that they consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. However, the parties have not submitted the requested consent as outlined in the Civil Case Management Plan and Scheduling Order at ¶ 1. Assuming all parties consent, counsel shall submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at

https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf by no later than **April 23, 2025**.

Dated: April 21, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge