UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

Gerd A. Lieske et al.,

                Plaintiffs,

    -against-

John M. Richard et al.,

                Defendants.

---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

4/25/2025

**24-cv-09811-VR**

**ORDER RE STATUS CONFERENCE**

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **June 24, 2025 at 10:30 a.m.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the status of discovery, their anticipated next steps, and any issues.

**SO ORDERED.**

DATED:    White Plains, New York
April 25, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge