UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**Lieske, et al.,**

                                 Plaintiffs,

               -against-

**Richard, et al.,**

                                Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

*7:24 cv 9811 VR*

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **February 3, 2026 at 10:30 am.**  The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.  At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.


     **SO ORDERED.**

DATED:     White Plains, New York
              January 26, 2026

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___ 1/26/2026